UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATHANIEL CROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:17-cv-3253-RLY-DML |
| MARINE FEDERAL CREDIT UNION | ) |
| and EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

Caitlin S. Schroeder of the law firm of Barnes & Thornburg LLP now enters her appearance on behalf of Defendant, Experian Information Solutions, Inc. in the above-captioned matter.

Respectfully submitted,

By: *s/Caitlin S. Schroeder*
Caitlin S. Schroeder
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone:   (317) 236-1313
Facsimile:   (317) 231-7433
Email: caitlin.schroeder@btlaw.com

*Attorney for Defendant Experian Information Solutions, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 11th day of October, 2017.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

G. John Cento
Cento Law, LLC
5915 N. College Avenue
Indianapolis, IN 46220
cento@centolaw.com

      *s/Caitlin S. Schroeder* _____
      Caitlin S. Schroeder

DMS 10995329v1