UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATHANIEL CROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:17-cv-3253-RLY-DML |
| MARINE FEDERAL CREDIT UNION and EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

Todd A. Dixon of the law firm of Barnes & Thornburg LLP now enters his appearance on behalf of Defendant, Experian Information Solutions, Inc. in the above-captioned matter.

                                                Respectfully submitted,

                          By:    *s/Todd A. Dixon*
                                  Todd A. Dixon
                                  Barnes & Thornburg LLP
                                  11 S. Meridian Street
                                  Indianapolis, Indiana 46204
                                  Telephone:   (317) 236-1313
                                  Facsimile:    (317) 231-7433
                                  Email: todd.dixon@btlaw.com

                                  *Attorney for Defendant Experian Information Solutions, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 11th day of October, 2017.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

G. John Cento
Cento Law, LLC
5915 N. College Avenue
Indianapolis, IN 46220
cento@centolaw.com

*s/Todd A. Dixon*
Todd A. Dixon

DMS 10995218v1

- 2 -