AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| NATHANIEL CROWER, <br> *Plaintiff* <br> v. <br> MARINE FEDERAL CREDIT UNION, et al., <br> *Defendant* | ) <br> ) <br> )  Case No.  1:17-cv-03253 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant MARINE FEDERAL CREDIT UNION

Date:   10/13/2017

/s/ Jeffrey E. Kehl
*Attorney's signature*

Jeffrey E. Kehl - 11226-71
*Printed name and bar number*

Bryce Downey & Lenkov LLC
200 N. LaSalle St., Ste. 2700
Chicago, IL  60601

*Address*

jkehl@bdlfirm.com
*E-mail address*

(312) 377-1501
*Telephone number*

(312) 377-1502
*FAX number*