United States District Court
Southern District of Indiana
Indianapolis Division

Nathaniel Crowder,                      Case No. 1:17-cv-03253-RLY-DML

    Plaintiff,

    v.

Marine Federal Credit Union and
Experian Information Solutions, Inc.,

    Defendants.

### DEFENDANT MARINE FEDERAL CREDIT UNION'S
### NOTICE OF AUTOMATIC INITIAL EXTENSION

Now comes Defendant, MARINE FEDERAL CREDIT UNION, by its attorneys, BRYCE DOWNEY & LENKOV, LLC, and pursuant to Rule 33 of Federal Rules of Civil Procedure, hereby extends the time in which to respond to Plaintiff's Interrogatories and Request for Production of Documents to January 30, 2018. For this Notice, Defendant shows the court as follows:

    1. The deadline for Marine Federal Credit Union to respond to Plaintiff's discovery requests has not been extended before.

    2. The extension sought by Marine Federal Credit Union is for 28 days.

    3. The original deadline for compliance with Plaintiff's discovery requests is January 2, 2018. The new deadline sought through this notice is January 30, 2018.

    4. Defendant confirmed with Plaintiff's counsel that there is no objection to this extension request.

    5. The deadline for Marine Federal Credit Union to answer or otherwise respond to Plaintiff's Interrogatories and Request for Production of Documents is extended to January 30, 2018.

                                     Respectfully submitted,
                                     BRYCE DOWNEY & LENKOV LLC

                      By:      /s/ Jeffrey E. Kehl
                                     One of the attorneys for Defendant –
                                     MARINE FEDERAL CREDIT UNION

Storrs W. Downey - #4773-98
Jeffrey E. Kehl - #11226-71
BRYCE DOWNEY & LENKOV LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 377-1501
sdowney@bdlfirm.com
jkehl@bdlfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 26, 2017, I electronically filed Defendant Marine Federal Credit Union's Notice of Automatic Initial Extension with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Plaintiff's Attorney:**
G. John Cento
Cento Law LLC
5915 N. College Ave.
Indianapolis, IN 46220
317/908-0678
cento@centolaw.com

**Experian Information Solutions Inc. Attorney:**

Caitlin S. Schroeder
Todd A. Dixon
Barnes & Thornburg, LLP
11 S. Meridian St.
Indianapolis, IN 46204
317/231-7743
F: 317/231-7433
cscroeder@btlaw.com
tdixon@btlaw.com

                                    /s/ Kim Murphy
                                  Kim Murphy

[x] Under penalties as provided by law 2004 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

Storrs W. Downey - #4773-98
Jeffrey E. Kehl - #11226-71
Kirsten Kaiser Kus - #27899-45
BRYCE DOWNEY & LENKOV LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
(312) 377-1501
sdowney@bdlfirm.com
jkehl@bdlfirm.com
kkaiser@bdlfirm.com