United States District Court
Southern District of Indiana
Indianapolis Division

**Nathaniel Crowder**,                    Case No. 1:17-cv-03253-RLY-DML

    Plaintiff,

 v.

**Marine Federal Credit Union**
and **Experian Information
Solutions, Inc.**,

    Defendants.

## Notice of Settlement

Plaintiff Nathaniel Crowder ("Plaintiff") and Defendants, Marine Federal

Credit Union and Experian Information Solutions, Inc., hereby notify the Court

that Plaintiff and Defendants have settled all claims among them in this matter and

are in the process of completing the final closing documents and filing the

dismissal, which they expect to complete on or before January 31, 2018.

Respectfully submitted,

| | |
|---|---|
| _s/G. John Cento_<br>G. John Cento<br>Cento Law, LLC<br>5915 N. College Avenue<br>Indianapolis, IN 46220<br>(317) 908-0678<br>cento@centolaw.com<br><br>_Counsel for Plaintiff_ | _s/Todd A. Dixon (by consent)_<br>Todd A. Dixon<br>Caitlin Schroeder<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433<br>Email: todd.dixon@btlaw.com<br>  caitlin.Schroeder@btlaw.com<br><br>_Counsel for Defendant Experian_ |
| | _s/Jeffrey Kehl (by consent)_<br>Jeffrey Kehl<br>Bryce Downey & Lenkov LLC<br>200 North LaSalle Street, Suite 2700<br>Chicago, IL 60601<br>(312) 377-1501<br>Email: jkehl@bdlfirm.com<br><br>_Counsel for Defendant Marine Federal_ |

## Certificate of Service

I hereby certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/G. John Cento*
G. John Cento